KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7152
    Facsimile: (415) 436-7234
    Email: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 - 0534 CRB |
|     Plaintiff, | |
| v. | [~~PROPOSED~~] AMENDED ORDER CONTINUING SENTENCING |
| MARTIN COLANGELO, | |
|     Defendant. | |

    WHEREAS, MARTIN COLANGELO ("Colangelo") has pled guilty pursuant to a plea agreement and is presently scheduled to be sentenced before this Court on Wednesday, December 6, 2006, at 2:15 p.m.;

    WHEREAS, counsel for the government has yet to receive responses in connection with the office's correspondence with possible victims in connection with any restitution, as required under 18 U.S.C. § 3663, such that the Probation Department and the government are not in a position to make any determination as to the amount of restitution, if any, that should be included as part of any judgment and sentence in this action;

[PROPOSED] AMENDED ORDER CONTINUING SENTENCING
[CR 06 - 0534 CRB]

1  WHEREAS, counsel for the government and the defense have been in contact with Harris
2  B. Taback, Esq., counsel for the defendant as well as Mr. David Ackermann, the Probation
3  Officer assigned to this matter, neither of whom object to the proposed continuance of the date
4  for sentencing;
5  WHEREAS, counsel for the government can certify to the Court that all parties have
6  complied with Local Rule 32-2 regarding re-scheduling of sentencing via stipulation, in that
7  government counsel, along with Harris Taback, Esq. (counsel for the defendant) and Mr.
8  Ackermann (the U.S. Probation Officer assigned to the matter) have agreed to the stipulation and
9  the requested date of January 24, 2007.  The length of this continuance is necessary due to
10 conflicting schedules of government counsel, defense counsel, and the probation officer between
11 on or about November 24, 2006 through early January, 2007.
12 THEREFORE, BASED ON THE FOREGOING, AND WITH GOOD CAUSE
13 SHOWING, THE PARTIES THEREFORE STIPULATION AND MUTUALLY AGREE TO
14 THE FOLLOWING:
15 The matter shall be continued for sentencing from December 6, 2006, until January 24,
16 2007.
17 **IT IS SO STIPULATED.**

                                        KEVIN V. RYAN
                                        United States Attorney


   /S/                                       /S/
HA RRIS B. TABACK                       TIMOTHY LUCEY
for Defendant Martin Colangelo          Assistant United States Attorney

**IT IS SO ORDERED.**


Dated:  December 6, 2006                _____
                                        HON. CHARLES R. BREYER
                                        United States District Judge

[IT IS SO ORDERED / Judge Charles R. Breyer — United States District Court, Northern District of California seal]

[PROPOSED] AMENDED ORDER CONTINUING SENTENCING
[CR 06 - 0534 CRB]                      2