1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234
       Email: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )    **No. CR 06 - 0534 CRB**
                                    )
14 |      Plaintiff,                )
                                    )
15 | v.                             )    [PROPOSED] ORDER CONTINUING
                                    )    SENTENCING
16 |                                )
                                    )
17 | MARTIN COLANGELO,              )
                                    )
18 |      Defendant.                )
                                    )
19 |_____)

20

21      WHEREAS, MARTIN COLANGELO ("Colangelo") has pled guilty pursuant to a

22 plea agreement and is presently scheduled to be sentenced before this Court on Wednesday,

23 January 24, 2007, at 2:15 p.m.;

24      WHEREAS, counsel for the government is in the process of attempting to work out a

25 potential global resolution with state parole authorities in Santa Clara County that would  permit

26 Mr. Colangelo to resolve all of his pending criminal matters via a sentence before this Court that

27 would serve to satisfy both federal and state authorities;

28      WHEREAS, counsel for the government and the defense have been in contact with Harris

[PROPOSED] ORDER CONTINUING SENTENCING
[CR 06 - 0534 CRB]

1  B. Taback, Esq., counsel for the defendant as well as Mr. David Ackermann, the Probation
2  Officer assigned to this matter, neither of whom object to the proposed continuance of the date
3  for sentencing, and where, in fact, Mr. Ackermann has not finalized and transmitted to the parties
4  a final Presentence Report ("PSR"), due in part to the government's efforts to reach some
5  agreement regarding a global sentence with the State of California, such that the parties are not in
6  a position to proceed to sentencing until the transmission and review of the final PSR;

7      WHEREAS, counsel for the government can certify to the Court that all parties have
8  complied with Local Rule 32-2 regarding re-scheduling of sentencing via stipulation, in that
9  government counsel, along with Harris Taback, Esq. (counsel for the defendant) and Mr.
10 Ackermann (the U.S. Probation Officer assigned to the matter) have agreed to the stipulation and
11 the requested date of March 7, 2007.  The length of this continuance is necessary due to
12 conflicting schedules of government counsel, defense counsel, and the probation officer between
13 on or about January 24, 2007 through March, 2007.

14     THEREFORE, BASED ON THE FOREGOING, AND WITH GOOD CAUSE
15 SHOWING, THE PARTIES THEREFORE STIPULATE AND MUTUALLY AGREE TO THE
16 FOLLOWING:

17     The matter shall be continued for sentencing from January 24, 2007, until March 7, 2007.
18 **IT IS SO STIPULATED.**

19     KEVIN V. RYAN
       United States Attorney
20

21 /S/ Harris B. Taback      /S/ Timothy Lucey
   HARRIS B. TABACK      TIMOTHY LUCEY
22 for Defendant Zhou Ru Tan      Assistant United States Attorney

23
**IT IS SO ORDERED.**
24
Dated: __January 23, 2007_____ 
25      HON. CHARLES R. BREYER
        United States District Judge
26
27
28

[PROPOSED] ORDER CONTINUING SENTENCING
[CR 06 - 0534 CRB]     2

