1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234
       Email: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )    No. CR 06 - 0534 CRB
                                   )
14        Plaintiff,                )
                                   )
15     v.                          )    [PROPOSED] ORDER CONTINUING
                                   )    SENTENCING
16  MARTIN COLANGELO,              )
                                   )
17        Defendant.                )
                                   )
18  _____

19       WHEREAS, MARTIN COLANGELO ("Colangelo") has pled guilty pursuant to a

20  plea agreement and is presently scheduled to be sentenced before this Court on Wednesday,

21  March 7, 2007, at 2:15 p.m.;

22       WHEREAS, counsel for the government is continuing his efforts to work out a potential

23  global resolution with state parole authorities in Santa Clara County that would  permit Mr.

24  Colangelo to resolve all of his pending criminal matters via a sentence before this Court that

25  would serve to satisfy both federal and state authorities;

26       WHEREAS, counsel for the government and the defense have been in contact with Harris

27  B. Taback, Esq., counsel for the defendant as well as Mr. David Ackermann, the Probation

28  Officer assigned to this matter, neither of whom object to the proposed continuance of the date

[PROPOSED] ORDER CONTINUING SENTENCING
[CR 06 - 0534 CRB]

for sentencing;

WHEREAS, counsel for the government can certify to the Court that all parties have complied with Local Rule 32-2 regarding re-scheduling of sentencing via stipulation, in that government counsel, along with Harris Taback, Esq. (counsel for the defendant) and Mr. Ackermann (the U.S. Probation Officer assigned to the matter) have agreed to the stipulation and the requested date of April 25, 2007. The length of this continuance is necessary due to conflicting schedules of government counsel, defense counsel, and the probation officer on or about March 7, 2007 through April 25, 2007.

THEREFORE, BASED ON THE FOREGOING, AND WITH GOOD CAUSE SHOWING, THE PARTIES THEREFORE STIPULATE AND MUTUALLY AGREE TO THE FOLLOWING:

The matter shall be continued for sentencing from March 7, 2007, until April 25, 2007.

**IT IS SO STIPULATED.**

DATED: March 2, 2007                              SCOTT N. SCHOOLS
                                                  United States Attorney


  /S/ Harris B. Taback                              /S/ Timothy J. Lucey
HARRIS B. TABACK                                  TIMOTHY LUCEY
for Defendant Martin Colangelo                    Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  March 5, 2007



HON. CHARLES R. BREYER
United States District Court